IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANAI RATANASANG,

    Petitioner,

    v.

CAPTAIN ERIK MANESS, et al.,

    Respondents.

No. C 10-04402 JSW

**ORDER TO SHOW CAUSE**

    On September 29, 2010, Petitioner, Danai Ratanasang, filed a Petition for a Writ of Habeas Corpus, challenging his continued detention following an order removing him in absentia. He contends his continued indefinite detention violates his right to substantive due process. Liberally construed, Petitioners' claims appear potentially colorable and merit an answer from Respondents.

    For the foregoing reasons, and for good cause shown:

    1.    Petitioner serve by certified mail a copy of this order and the petition, and all attachments thereto, on Respondents and Respondents' attorneys.

    3.    Respondents shall file with the Court and serve on Petitioner, within **sixty (60)** days of the issuance of this order, an answer showing cause why a writ of habeas corpus should not be granted. Respondents shall file with the answer and serve on Petitioner a copy of all portions of the administrative record that have been transcribed previously and that are relevant to a determination of the issues presented by the petition. If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on Respondents within

1  **thirty (30)** days of his receipt of the answer.

2      4.    Respondents may file a motion to dismiss on procedural grounds in lieu of an answer. If Respondents file such a motion, Petitioner shall file with the Court and serve on Respondents an opposition or statement of non-opposition within **thirty (30)** days of receipt of the motion, and Respondents shall file with the Court and serve on Petitioner a reply within **fifteen (15)** days of receipt of any opposition.

**IT IS SO ORDERED.**

Dated: October 4, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE