TONY WEST
Assistant Attorney General
JOSHUA E.T. BRAUNSTEIN
Assistant Director
CRAIG A. DEFOE (IN 2707849)
Trial Attorney
District Court Section
Office of Immigration Litigation
United States Department of Justice
Ben Franklin Station, P.O. Box 868
Washington, DC 20044
Telephone: (202) 532-4114
Facsimile: (202) 305-7000
E-mail: Craig.Defoe@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DANAI RATANASANG, | No. C 10-4402 JSW |
| Petitioner, | |
| v. | STIPULATION OF DISMISSAL AND ORDER THEREON |
| ERIK S. MANESS, Commander of Jail, *et al.*, | |
| Respondents. | |

On October 8, 2010, United States Immigration and Customs Enforcement released Petitioner Danai Ratanasang, on bond, from immigration detention. Accordingly, the parties stipulate to dismissal of this habeas action, as moot, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties agree to bear their own costs, including attorney's fees.

//

//

//

| | | |
|---|---|---|
| 1 | Dated: October 27, 2010 | Respectfully submitted, |
| 2 | | |
| 3 | | |
| 4 | /s/ Steve Lopez<br>STEVE LOPEZ | TONY WEST<br>Assistant Attorney General |
| 5 | 8562 Florence Ave.<br>Downey, CA 90240 | JOSHUA E.T. BRAUNSTEIN |
| 6 | Telephone: (562) 904-1193<br>E-mail: steve@stevelopezlaw.com | Assistant Director |
| 7 | Attorney for Petitioner | /s/ Craig A. Defoe<br>CRAIG A. DEFOE |
| 8 | | Trial Attorney<br>District Court Section |
| 9 | | Office of Immigration Litigation<br>United States Department of Justice |
| 10 | | Ben Franklin Station, P.O. Box 868<br>Washington, DC 20044 |
| 11 | | Telephone: (202) 532-4114<br>Facsimile: (202) 305-7000 |
| 12 | | E-mail: Craig.Defoe@usdoj.gov |
| 13 | | Attorneys for Respondents |
| 14 | PURSUANT TO STIPULATION, IT IS SO ORDERED. | |
| 15 | | |
| 16 | DATED: October 28, 2010 | |
| 17 | | United States District Judge |

STIPULATION OF DISMISSAL
C 10-4402 JSW

2